**JTH TAX, INCORPORATED, d/b/a Liberty Tax Service, Plaintiff—Appellant,**

v.

**Sam BOONE (Default Noted), Defendant—Appellee.**

No. 09–1895.

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2010.

Decided: April 9, 2010.

Joseph Knowles, JTH TAX, INC., Virginia Beach, Virginia, for Appellant.

Before KING, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

JTH Tax, Incorporated, d/b/a Liberty Tax Service, appeals the district court's orders awarding it $8,795.07 in damages on its breach of franchise agreement claim, and denying its Fed.R.Civ.P. 59(e) motion to alter or amend. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See JTH Tax, Inc. v. Boone*, No. 2:09–cv–00069–JBF–FBS (E.D. Va. filed June 29, 2009, entered June 30, 2009; July 7, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*